```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0005--CR (JKS)
                      "USA V JOHN SHELDON ROSS"
                     DEF 1.1 ROSS, JOHN SHELDON

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  04/17/03
             Closed:  09/22/03
 No. of Defendants:  1
     MJ Case Number:  A03-0101--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Other


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Other


 Counts re: DEF 1.1 ROSS, JOHN SHELDON
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:641 THEFT OF PUBLIC MONEY (F) | Sentenced (19-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J03-0005--CR (JKS)
                                    "USA V JOHN SHELDON ROSS"

                                        For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 04/17/03
            Closed: 09/22/03
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 04/17/03 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 04/17/03 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 04/17/03 | [Re: DEF 1] JDR Grand Jury Minutes re WOA to be issued; no bail set; def in WA state custody at King Co. Jail. |
| 3 - 1 | 05/12/03 | [Re: DEF 1] Return of WOA executed at Seattle, WA on 5/8/03. |
| NOTE - 2 | 05/16/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/8/03 in Saettle, WA; def arrived in Anchorage, 5/15/03; def transported to Juneau 5/16/03. |
| 4 - 1 | 05/22/03 | [Re: DEF 1] Rule 40 Documents waiver of rule 40 hrg & order of transfer, MO, Order appointing FPD, Financial Aff, & dks sheet transferred from: USDC Western District of WA w/att exhs. |
| NOTE - 3 | 06/04/03 | Issued: Speedy Trial Notice to Judge Singleton. |
| 5 - 1 | 06/04/03 | [Re: DEF 1] PMP Court Minutes [ECR Gala Nelson] re Arr on Indt hld 5/16/03; K. McCoy apptd; def detained; PTM's due 5/30/03. cc: USA, FPD, USM, USPO, Judge Singleton |
| 6 - 1 | 06/04/03 | [Re: DEF 1] PMP Order of Detention Pending Trial. cc: USA, FPD, USM, USPO, Judge Singleton |
| 7 - 1 | 06/04/03 | [Re: DEF 1] PMP Order regarding preparation for trial w/PTMs due 5/30/03; csnl to meet/confer by 5/23/03. cc: USA, FPD |
| 8 - 1 | 06/05/03 | [Re: DEF 1] JKS Minute Order setting TBJ for 06/30/03 at 9:00 a.m. in Juneau and FPTC for 06/20/03 at 9:30 a.m. in Anchorage. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC |
| 9 - 1 | 06/10/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 10 - 1 | 06/18/03 | DEF 1 Notice of Intent to change plea. |
| 11 - 1 | 06/18/03 | [Re: DEF 1] JKS Minute Order that PCOP is set for 06/20/03 at 9:30 a.m. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC |
| 12 - 1 | 06/25/03 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] PCOP held 06/20/03; def plead guilty to ct 1 of the Indt; IOS set for 09/12/03 at 9:00 a.m.; FPTC & TBJ vacated. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC |
| 13 - 1 | 06/30/03 | [Re: DEF 1] JKS Minute Order re: status conference regarding the location of the IOS is set for 7/2/03 at 2:00 p.m. in Courtroom #2. cc: M. Rosenbaum, K. McCoy, USM, USPO |
| 14 - 1 | 07/03/03 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re Status Conf re Location of IOS hld 7/2/03; IOS to be hld in Juneau, AK & is RESET to |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J03-0005--CR (JKS)
"USA V JOHN SHELDON ROSS"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | 9/12/03 at 10:30 a.m.; McCoy to arrange alternate cnsl w/in the FPD to represent def at IOS; crt recommends to the USM that def be housed at Lemon Creek; USPO may appear telephonically at IOS. cc: USA, FPD, USM, USPO |
| 15 - | 1 | 08/12/03 | [Re: DEF 1] PLF 1 motion to appear telephonically at imposition of sentence. |
| 15 - | 2 | 08/13/03 | [Re: DEF 1] JKS Order granting mot to appear telephonically at IOS (15-1). cc: USA, FPD, USM, USPO |
| 16 - | 1 | 09/05/03 | DEF 1 Sentencing Memorandum. |
| 17 - | 1 | 09/08/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 18 - | 1 | 09/15/03 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] IOS held 09/12/03; def sentenced to 18 mos in prison; 36 mos SR; $100 SA; $18,630.00 restitution. |
| 19 - | 1 | 09/22/03 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of the Indt (1-1); def sentenced to 18 mos in prison; 36 mos SR; $100 SA; restitution $18,630.00. cc: USA, FPD, DEF w/cnsls cy; USM, USPO, FLU, MJ Pallenberg, Finance |
| 20 - | 1 | 09/30/03 | [Re: DEF 1] Partial Transcript re: IOS held 9/12/03. |
| 21 - | 1 | 12/02/03 | USM Return of svc on judgment executed on 11/21/03 to USP Atwater SCP at Atwater, CA. |
| 22 - | 1 | 04/15/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - | 4 | 04/16/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 23 - | 1 | 01/14/05 | USM Return of svc on writ of execution re: DEF 1 on FPD not on file. |
| 24 - | 1 | 07/26/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 5 | 07/27/05 | Issued: writ of execution re: DEF 1 on PFD. |
| NOTE - | 6 | 07/27/05 | Issued: Summons. |
| 25 - | 1 | 07/27/05 | [Re: DEF 1] JKS Order and petition for summons for offender under SR; matter referred to MJ for I/A. cc: USA, USM, USPO, def w/USM cy, MJ Pallenberg |
| 26 - | 1 | 07/27/05 | [Re: DEF 1] PMP Minute Order re I/A on pet to Revoke SR set for 9/1/05 at 10:00 a.m. cc: USA, USM, USPO, def w/cnsls cy |
| 27 - | 1 | 08/19/05 | USM Return of svc summons re: DEF 1 executed on 8/2/05. |
| 28 - | 1 | 09/01/05 | [Re: DEF 1] PMP Court Minutes re: I/A on petition to revoke supervised release (held 9/1/05): FPD reappointed; evidentiary postponed 90 days; further proceedings set for 12/8/05, 11:00 a.m., at Jno; supv release to cont as prev set; cond of release filed. cc: USA, S. Tatter, USM, USPO |
| 29 - | 1 | 09/01/05 | [Re: DEF 1] Order setting conditions of release; def to appear 12/8/05, 1:00 a.m. at Jno for further proceedings; cond of release as prev set. cc: USA, S. Tatter, USM, USPO |