Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SHELDON ROSS,<br><br>Defendant. | NO. J03-0005 CR (JKS)<br><br>**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING FOR THREE WEEKS** |

The defendant, JOHN SHELDON ROSS, through counsel, with the non-opposition of U.S. Probation Officer Mary Frances Barnes, hereby requests a continuance of his evidentiary hearing on February 16, 2006, for approximately three weeks so that Mr. Ross can complete treatment before the hearing.

Mr. Ross is presently in treatment, but the program did not meet over the Christmas/New Year's period, so he needs three weeks more than anticipated to complete the program. Both the U.S. Probation Officer and defense counsel agree he should complete the program before the hearing.

DATED this 23rd day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on January 23, 2006,
a copy of the *Unopposed Motion to
Continue Evidentiary Hearing for Three
Weeks* was served electronically on:

Frank V. Russo
Assistant U.S. Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mary Frances Barnes
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Sue Ellen Tatter