UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. J03-0005 CR (JKS) |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING FOR THREE WEEKS** |
| JOHN SHELDON ROSS, | |
| Defendant. | |

After due consideration of the defendant's Unopposed Motion to Continue Evidentiary Hearing For Three Weeks, the motion is GRANTED. The evidentiary hearing, currently scheduled for February 16, 2006, at 11:00 a.m. in Juneau, is continued to _____, 2006, at _____ ____.m.

DATED this ____ day of January 2006.

_____
PHILIP M. PALLENBERG
U.S. MAGISTRATE JUDGE