## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> JOHN SHELDON ROSS </u>

THE HONORABLE PHILIP M. PALLENBERG

<small>DEPUTY CLERK</small>                                    CASE NO.  <u>1:03-CR-00005-JKS</u>

<u> Dan maus </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 24, 2006

    Defendant's unopposed motion to continue evidentiary hearing for three weeks, Clerk's Docket No. 31, is hereby **GRANTED.**

    The Evidentiary hearing previously set for February 16, 2006, is hereby **RESET** for **Thursday, March 16, 2006, at 11:00 a.m.** before Magistrate Judge Philip M. Pallenberg.

[ ]{IA.WPD*Rev.12/96}