DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 253, # 9
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JOHN ROSS,<br><br>         Defendant. | ) Case No.  1:03-cr-0005-JKS-PMP<br>)<br>) **MOTION TO DISMISS**<br>) **PETITION TO REVOKE**<br>) **SUPERVISED RELEASE**<br>)<br>)<br>)<br>)<br>) Filed on Shortened Time<br>) |

COMES NOW the United States of America, by and through its counsel, and moves this Court for an order dismissing the petition to revoke supervised release against the above-captioned individual, without prejudice,  pursuant to Rule

48(a) of the Federal Rules of Criminal Procedure.  The defendant consents to the instant application.

RESPECTFULLY SUBMITTED this 14th day of March 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Frank V. Russo
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3383
>Fax: (907) 271-1500
>E-mail: frank.russo@usdoj.gov
>MA # 64

I certify that a true and correct copy
of the foregoing was  served on the following counsel of record
via:
( ✔ ) electronic notice

Sue Ellen Tatter


s/ Frank Russo_____


U.S. v. ROSS
1:05-cr-0005-JKS-PMP