IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:03-cr-0005-JKS-PMP |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN ROSS, ) | |
| ) | |
| Defendant. ) | |

Having considered the motion filed by the United States to dismiss the Indictment in the above captioned case, IT IS HEREBY ORDERED that pursuant to Rule 48(a), Fed. R. Crim. P., the petition to revoke supervised release is DISMISSED without prejudice.  The evidentiary hearing on such petition to revoke scheduled for February 16, 2006, at 1:00 pm is hereby vacated.

**IT IS SO ORDERED**.

DATED this _____ of March 2006, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE