DEBORAH M. SMITH
Acting United States Attorney

Thomas C. Bradley
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
thomas.bradley@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:03-cr-005-JKS |
| Plaintiff, | ) |
| vs. | ) UNOPPOSED MOTION TO MODIFY JUDGMENT |
| JOHN SHELDON ROSS, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through counsel and motions this Court to Modify the Judgment entered against the Defendant on September 22, 2003. The Defendant was ordered to pay restitution to the U. S. Postal Service in the amount of $18,630.00.

It has come to the attention of the Plaintiff that the restitution should be payable to Todd M. Dubs. Attached and marked as Exhibit A and B are letters received from Todd M. Dubs and the United States Postal Service clarifying the payment of restitution.

Plaintiff asks that an Amended Judgment be entered reflecting all payments in the future, and any payments returned to the court for lack of a correct address, should be made payable to Todd M. Dubs and mailed to:

Todd M. Dubs
1700 Northwood Drive #6
Juneau, AK 99801-7964

Plaintiff has contacted Sue Ellen Tatter with the Federal Defender's Office and she has does not oppose this Motion.

RESPECTFULLY SUBMITTED this 27th day of March, 2006, at Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/ Thomas C. Bradley
                Assistant U. S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-1500
                E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2006,
a copy of the foregoing Unopposed Motion
to Modify Judgment was served
electronically on:

Sue Ellen Tatter


s/ Thomas C. Bradley

9/10/05

To Whom It May Concern:

I am writing you a second time in the attempt to straighten this account and keep it up to date. The full payment has already been made to the Postal Service by myself. These payments are to be paid to me as the reimbursement of said funds.

Should you need further confirmation, Ruth Vincent of the USPS here in Juneau, ph.# (907-789-0934), or Cathy Monyer of the USPS - Finance Dept. in Anchorage (# unknown) could assist.

Sending the checks to that address and not payable to me personally, will make the payments unatainable to me. If there is someone else that needs to know about this update, please inform me of who/where. It would also be greatly appreciated to recieve some kind of confirmation that the file has been updated; and that you have in fact recieved this letter. Thank You.

Sincerely,

[signature]

Todd M. Dubs
1700 Northwood Dr. #6
Juneau, AK 99801-7964
Ph: (907) 780-6121

Exhibit A

MANAGER, RETAIL
UNITED STATES POSTAL SERVICE

2005 DEC 16 AM 10: 01

RECEIVED
US ATTORNEY OFFICE

December 15, 2005

Brenda Birmingham
US Attorney Financial Litigation Department
222 W 7th Ave Rm. 253
Anchorage AK 99513

Re: US vs. John Ross
Case Number J0300S CR

Dear Ms. Birmingham:

Mr. Dubs is no longer affiliated with the United States Postal Service. Any reference to the United States Postal Service should be removed.

If you have any questions regarding the above, please feel free to contact me at 907-564-2809.

Sincerely,

Robin Rampmeyer
Manager, Retail

3201 C ST STE 500
ANCHORAGE AK 99503-3954
907-564-2809
FAX: 907-564-2922

Exhibit B