IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:03-cr-005-JKS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| JOHN SHELDON ROSS, ) | |
| ) | |
| Defendant. ) | |

Having considered the Government's Motion to Modify the Judgment entered against the Defendant for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this 30th day of March 2006, at Anchorage, Alaska.

    /s/James K. Singleton
JAMES K. SINGLETON
UNITED STATES DISTRICT JUDGE