

United States Department of Justice
United States Marshals Service
District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | ROSS, John Sheldon |
| DATE OF BIRTH: | 07/27/1960 |
| CHARGE: | Prob Viol |
| CASE NUMBER: | 1:03-cr-0005-(JKS) |
| PLACE HELD: | Lemon Creek Correctional Center |
| DATE OF ARREST: | 1/17/2007 |
| TIME OF ARREST: | 1050hrs |
| PLACE ARRESTED: | Juneau, AK |
| ARRESTED BY: | USM |

REMARKS: Request a court appearance for defendant tomorrow (1/18/2007) in Juneau.

BOOKED IN ENGLISH:   YES  X     NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.