Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>JOHN SHELDON ROSS,<br><br>                 Defendant. | Case No. 1:03-cr-0005-JKS<br><br>ENTRY OF APPEARANCE |

       Michael D. Dieni, Assistant Federal Public Defender, enters his appearance as counsel for defendant in the above-captioned action, and requests that copies of all future court documents and correspondence be electronically served on him or sent to Michael D. Dieni, Assistant Federal Defender, 601 West 5th Avenue, Suite 800, Anchorage, AK 99501.

///

///

///

DATED this 19th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 19, 2007, a copy of the
foregoing document, with attachments, was
served electronically on:

Thomas C. Bradley, Esq.

/s/ Michael D. Dieni