United States District Court
for the
DISTRICT OF ALASKA

U.S. [illegible stamp]

20[..] JAN -9 [illegible]

FID# 742407

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: J03-0005-CR-JKS |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| John Ross ) | |

RECEIVED
JAN 1 9 2007
CLERK, U.[S. DISTRICT COURT]
ANCHORAGE, ALASKA

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest John Ross and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

~~James K. Singleton~~ John W. Sedwick
~~Senior~~ Chief U.S. District Court Judge

1-08-07
Date

---

| **RETURN OF SERVICE** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| Juneau, AK |
| Date Received: 1/9/07  Name and title of arresting officer: John Olson, D. USM  Signature of arresting officer: [signature] by: [signature] |
| Date of Arrest: 1/17/07 | | |