MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JOHN SHELDON ROSS          CASE NO. 1:03-cr-00005-JKS-PMP
Defendant : X Present X In Custody

BEFORE THE HONORABLE          PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:          SUSAN EVANS

UNITED STATES ATTORNEY:          AUDREY RENSCHEN*

DEFENDANTS ATTORNEY:          MICHAEL DIENI*
X Telephonic Appearance

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
RELEASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:24 a.m. court convened.

X Defendant advised of charges and penalties.

X Defendant advised of general rights.

X Defendant sworn.

X Defendant stated true name: JOHN SHELDON ROSS          Age: 45

X Financial Affidavit **FILED.**

X Federal Public Defender; **APPOINTED,** FPD notified.

X Preliminary Hearing / Detention Hearing set for Wednesday, January 24, 2007 at 11:00 a.m.

X Evidentiary hearing, if any, will be before the Magistrate Judge, only upon consent.

X Defendant detained.

X OTHER: Counsel and Witnesses may appear telephonic at the January 24, 2007 hearing in Juneau unless paperwork is filed with the court denying this request.

At 9:36 a.m. court adjourned.

DATE: 1-18-07    DEPUTY CLERK'S INITIALS: SE