Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN SHELDON ROSS,<br><br>　　　　Defendant. | NO. 1:03-cr-0005-JKS<br><br>**NOTICE OF TERMINATION OF SERVICE** |

　　　　Sue Ellen Tatter hereby notifies the Court that she is no longer an active participant in *United States v. John Sheldon Ross*, Case No. 1:03-cr-0005-JKS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

　　　　DATED this 23rd day of January 2007.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/Sue Ellen Tatter
　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

Certification:
I certify that on January 23, 2007,
a copy of the **Notice of Termination of Service** was served electronically on:

Mike Dieni
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK   99501
mike_dieni@fd.org

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK   99513-7567


/s/Sue Ellen Tatter