MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JOHN SHELDON ROSS              CASE NO. 1:03-cr-00005-JKS-PMP
Defendant : X Present X In Custody

BEFORE THE HONORABLE          PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:         SUSAN EVANS

UNITED STATES ATTORNEY:        STEPHEN COLLINS*

DEFENDANTS ATTORNEY:           MICHAEL DIENI*

U.S. PROBATION OFFICER:        MARY FRANCIS BARNES*
X Telephonic Appearance

PROCEEDINGS: PRELIMINARY / DETENTION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:13 a.m. court convened.

X Court and counsel heard re: Government's Oral Motion for Continuance of
   Preliminary / Detention Hearing; **GRANTED.**

X Waiver of Preliminary Examination or Hearing(s); **FILED.**

X Order of Temporary Detention Pending Hearing Pursuant To Bail Reform Act; **FILED.**

X Defendant detained.

X OTHER: Evidentiary Hearing set for **Wednesday, February 7, 2007 at 2:30 p.m. in Juneau before Magistrate Judge Philip M. Pallenberg.**

At 11:22 a.m. court adjourned.

DATE: 1-24-07    DEPUTY CLERK'S INITIALS: SE