AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ ALASKA _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JOHN SHELDON ROSS | **WAIVER OF PRELIMINARY EXAMINATION OR HEARING**<br>(Rule 5 or 32.1, Fed. R. Crim. P.)<br><br>CASE NUMBER: 1:03-cr-00005-JKS-PMP |

I, _____ JOHN SHELDON ROSS _____ , charged in a ☐ complaint ☑ petition

pending in this District with __Violation of Supervised Release_____

in violation of Title _____ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

_John S. Ross_
*Defendant*

1/24/2007
*Date*

_Michael Dieni by telephone_
*Counsel for Defendant*