**\*\*AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JOHN SHELDON ROSS          CASE NO. 1:03-cr-00005-JKS-PMP
Defendant : X Present  X In Custody

BEFORE THE HONORABLE        PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:      SUSAN EVANS

UNITED STATES ATTORNEY:     STEPHAN COLLINS*

DEFENDANTS ATTORNEY:        MICHAEL DIENI*

U.S. PROBATION OFFICER:     MARY FRANCIS BARNES*
 X Telephonic Appearance

PROCEEDINGS: PRELIMINARY / DETENTION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE
--------------------------------------------------------------------

At 11:13 a.m. court convened.

 X Court and counsel heard re: Government's Oral Motion for Continuance of
   Preliminary / Detention Hearing; **GRANTED.**

 X Waiver of Preliminary Examination or Hearing(s); **FILED.**

 X Order of Temporary Detention Pending Hearing Pursuant To Bail Reform Act; **FILED.**

 X Defendant detained.

 X OTHER: **\*\*Consent given on Record for Evidentiary Hearing set for Wednesday, February 7, 2007 at 2:30 p.m. to be held before Magistrate Judge Philip M. Pallenberg in Juneau.**

At 11:22 a.m. court adjourned.

**\*\*OFF RECORD:** Counsel for Defendant to file Consent to proceed before Magistrate Judge
             Pallenberg.

DATE: 1-25-07    DEPUTY CLERK'S INITIALS: SE