```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  __JOHN SHELDON ROSS__  CASE NO. _1:03-cr-0005-JKS-PMP_
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE      PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:     SUSAN EVANS

UNITED STATES' ATTORNEY:   FRANK RUSSO*

DEFENDANT'S ATTORNEY:      MICHAEL DIENI*

U.S.P.O.:                  MARY FRANCES BARNES*
X Telephonic Appearance*

PROCEEDINGS: Evidentiary Hearing on Petition to Revoke Supervised
             Release     Held: February 7, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:10 p.m. court convened.

Court and counsel heard re: Defendant's Oral Motion to Continue
Evidentiary Hearing on Petition to Revoke Supervised Release;
**GRANTED**.

Detention continued pending Continuation of Evidentiary
Hearing.

OTHER: Continuation of Evidentiary Hearing on Petition to
       Revoke Supervised Release is set for **THURSDAY, FEBRUARY
       15, 2007 at 9:00 a.m. in Juneau before Magistrate Judge
       PHILIP M. PALLENBERG.**


At 2:16 p.m. court adjourned.



DATE: _February 7, 2007_    DEPUTY CLERK'S INITIALS: _SE_