IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. <u>JOHN SHELDON ROSS</u>

CASE NO: <u>1:03-cr-00005-JKS-PMP-ALL</u>

---

Defendant <u>JOHN SHELDON ROSS</u>,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_\_ Released to _____, the third party custodian(s)

\_\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court

\_\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court

\_\_\_\_\_ Surrendered passport to the Clerk of Court

\_\_\_\_\_ Other _____

Dated at <u>Juneau</u>, Alaska this <u>15th</u> day of <u>February</u>, 20<u>07</u>

(Seal)   *Redacted Signature*
PHILIP M. PALLENBERG
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 2/07)