MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _JOHN SHELDON ROSS__ CASE NO._1:03-cr-00005-JKS-PMP___
Defendant:_X_Present   _X_In Custody

BEFORE THE HONORABLE:____PHILIP M. PALLENBERG, MAGISTRATE JUDGE__

DEPUTY CLERK/RECORDER:___SUSAN EVANS_____

UNITED STATES' ATTORNEY:_FRANK RUSSO*_____

DEFENDANT'S ATTORNEY:____MICHAEL DIENI*_____

U.S.P.O.:_____MARY FRANCES BARNES*_____
_X_Telephonic Appearance

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING ON PETITION TO REVOKE
      SUPERVISED RELEASE   Held: February 15, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:58 a.m. court convened.

Parties request continuance of Evidentiary Hearing for
approximately 90 days; GRANTED.

Order Setting Conditions of Release; FILED.

Release Order; FILED.

OTHER: Continued Evidentiary Hearing set for May 9, 2007 at 2:30
       p.m. before Magistrate Judge Philip M. Pallenberg in
       Juneau.

At 12:16 p.m. court adjourned.

DATE:_February 15, 2007_____ DEPUTY CLERK'S INITIALS:_SE_____