```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. JOHN SHELDON ROSS     CASE NO. 1:03-cr-00005-JKS-PMP
Defendant: X  Present  X On Bond

BEFORE THE HONORABLE:      PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:     BECKY HILDENBRAND

UNITED STATES' ATTORNEY:   FRANK RUSSO - TELEPHONIC

DEFENDANT'S ATTORNEY:      M.J. HADEN - TELEPHONIC

U.S.P.O.:                  MARY FRANCIS BARNES - TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE (CONTINUED EVIDENTIARY HEARING ON
             PETITION TO REVOKE SUPERVISED RELEASE)
             HELD MAY 9, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:44 p.m. court convened.

Court and Counsel heard re plaintiff's oral motion to dismiss the Petition to Revoke Supervised Release without prejudice (Dkt #41); court recommended U.S. District Judge to grant plaintiff's oral motion.

At 2:49 p.m. court adjourned.

DATE:    May 9, 2007          DEPUTY CLERK'S INITIALS:    BH