## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   JOHN SHELDON ROSS

THE HONORABLE PHILLIP M. PALLENBERG

DEPUTY CLERK                        CASE NO. 1:03-cr-00005-JKS

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: May 11, 2007

    A petition to revoke supervised release was filed on January 8, 2007. At the originally scheduled evidentiary hearing on February 7, 2007, the parties agreed to continue the evidentiary hearing until May 9, 2007 in order to give the defendant an opportunity to complete drug treatment and otherwise return to compliance with the conditions of his supervised release.

    The parties appeared before the court on May 9 and advised the court that Mr. Ross has now completed an inpatient drug treatment program, he has undergone a series of urinalysis tests, all of which have been negative, he has begun working, and he is otherwise in compliance with all the conditions of supervised release. Based on his progress, the government's counsel orally moved to dismiss the petition to revoke supervised release (docket 41). The defendant did not oppose this motion.

    The assigned Magistrate Judge hereby **RECOMMENDS** that the court grant the government's oral motion to dismiss the petition to revoke supervised release.

[]{IA.WPD*Rev.12/96}