United States District Court
for the
DISTRICT OF ALASKA



**RECEIVED**
SEP 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: J03-00005-01CR (JKS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| John Sheldon Ross ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest John Sheldon ross and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

08/22/2007
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| JUNEAU, AK | | |
| Date Received: 8/22/07 Date of Arrest: 9/14/07 | Name and title of arresting officer: JUNEAU PD | Signature of arresting officer: R. Snyder |

**ORIGINAL**