**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

U.S.A.   v.   JOHN SHELDON ROSS

THE HONORABLE PHILLIP M. PALLENBERG

DEPUTY CLERK                              CASE NO. 1:03-cr-00005-JKS-PMP

Linida Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**  DATE: September 20, 2007

    This matter came before the court on September 20, 2007 for a hearing on the government's petition to revoke the defendant's supervised release (docket 72).  At that hearing, the defendant admitted to the violations alleged in that petition.

    I find that the defendant entered his admissions freely, knowingly, and voluntarily.  I further find that the defendant violated his supervised release as alleged in the petition, and recommend that his supervised release be revoked.  Defense counsel requested that the matter be scheduled for sentencing during the week of October 9, 2007.

[]{IA.WPD*Rev.12/96}