MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JOHN SHELDON ROSS     CASE NO. 1:03-cr-00005-JKS-PMP
Defendant: X  Present  X On Bond

BEFORE THE HONORABLE:     PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:    BECKY HILDENBRAND

UNITED STATES' ATTORNEY:  FRANK RUSSO - TELEPHONIC

DEFENDANT'S ATTORNEY:     SUE ELLEN TATTER - TELEPHONIC

U.S.P.O.:                 MARY FRANCES BARNES- TELEPHONIC

PROCEEDINGS: STATUS HEARING Held: September 20, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:48 p.m. court convened.

 X Defendant advised of general rights.

 X Defendant sworn.

 X Defendant admitted allegations.

 X Defendant advised of penalties.

 X Order of Temporary Detention Pending Imposition of Sentence
   **FILED**.

OTHER: Factual Findings to be forwarded to Judge Singleton for Imposition of Sentence at a later date.

At 2:04 p.m. court adjourned.

DATE:   September 20, 2007     DEPUTY CLERK'S INITIALS:    BH