AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

RECEIVED

District of _____ALASKA_____

CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

JOHN SHELDON ROSS
*Defendant*

Case Number: 1:03-cr-00005-JKS-PMP

Upon motion of the _____government_____, it is ORDERED that a ~~detention~~ *sentencing* hearing is set for

_____to be determined_____
   Date                        Time

before _____James A. Singleton_____
   *Name of Judicial Officer*

_____Juneau_____
   *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
   *Other Custodial Official*

Date: __9/20/2007__          **Redacted Signature**
                                             *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.