UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

　　USA　　v.　　JOHN SHELDON ROSS

DATE:　　September 27, 2007　　CASE NO.　　1:03-CR-0005-JKS

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:　　**MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

A disposition hearing on the Petition to Revoke Supervised Release will be held before Judge Beistline on **Thursday, October 11, 2007, at 8:30 a.m.**, in Courtroom 1 in Juneau, Alaska. Counsel may appear telephonically by calling Meet Me Bridge A - (907) 677-6246 - at the time schedule for the hearing.

M.O. SCHEDULING HEARING