# AMENDED
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JOHN SHELDON ROSS     CASE NO. 1:03-cr-00005-JKS-PMP
Defendant: X Present  X On Bond

BEFORE THE HONORABLE:     PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:    BECKY HILDENBRAND

UNITED STATES' ATTORNEY:  FRANK RUSSO - TELEPHONIC

DEFENDANT'S ATTORNEY:     SUE ELLEN TATTER

U.S.P.O.:                 KAREN BREWER - TELEPHONIC

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE   Held: September 17, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:52 p.m. court convened.

 X Defendant advised of allegations and penalties.

 X Defendant advised of general rights.

 X Defendant sworn.

 X Federal Public Defender accepted appointment.

 X Status Hearing set for Thursday, **September 20, 2007 at 1:30 p.m. in Juneau courtroom** before Magistrate Judge Pallenberg. Counsel and Probation Officer to appear telephonically.

 X Order of Temporary Detention Pending Hearing **FILED**.

OTHER: Defendant stated admission to allegations would be entered if government agreed not to bring further charges; Mr. Russo stated agreement. Magistrate Judge Pallenberg to determine if U.S. District Judge wants to preside over admissions hearing or have Magistrate Judge preside over hearing. Court will advise counsel at 9/20/07 hearing. Defense counsel stated defendant's request to have hearings held before a U.S. District Judge held in Juneau, Alaska.

At 3:04 p.m. court adjourned.

DATE:  September 17, 2007     DEPUTY CLERK'S INITIALS:    BH