```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.    JOHN SHELDON ROSS      CASE NO. 1:03-CR-00005-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:       FRANK RUSSO

DEFENDANT'S ATTORNEY:          MICHAEL DIENI

U.S.P.O.:                      MARY FRANCES BARNES

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 10/11/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:15 a.m. court convened.

 X Defendant **previously ADMITTED** allegations  1 and 2 of the
   Petition to Revoke Supervised Release.

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of  12 months and 1 day
      with no supervision to follow.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court advised defendant of his appeal rights.

At 11:30 a.m. court adjourned.




DATE:    October 11, 2007      DEPUTY CLERK'S INITIALS:   SCL


Revised 6-18-07