## UNITED STATES DISTRICT COURT
### District of Alaska

UNITED STATES OF AMERICA,

vs.

JOHN SHELDON ROSS.

**2ND AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 12/12/03 )
Case Number: 1:03-CR-00005-JKS
Michael Dieni
Defendant's Attorney

Defendant's probation officer filed a petition on __8/22/2007__ accusing defendant of _2_ violations of the conditions of supervision provided in the original judgment. Defendant __ADMITTED allegations 1 and 2__. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Possessed A Firearm | 7/30/2007 | B |
| 2 | Mandatory | Has Not Made A Restitution Payment Since June 2006 | 6/30/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 11, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

10/12/2007
Date

AO245.REV

Defendant: JOHN SHELDON ROSS                    2<sup>ND</sup>Amended Judgment--Page 2 of 3
Case No.:    1:03-CR-00005-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 months and 1 day with no supervision to follow.

[_]  The court makes the following recommendations to the Bureau of Prisons:


[_]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
                        a.m.
        [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
        [_]  before 2 p.m. on _____.
        [_]  as notified by the United States Marshal.
        [_]  as notified by the probation office.

### RETURN

        I have executed this judgment as follows:

_____

_____

_____

_____


        Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                                        _____
                                        United States Marshal

                                By _____
                                        Deputy Marshal

AO245.REV

Defendant: JOHN SHELDON ROSS                     2ND Amended Judgment--Page 3 of 3
Case No.:   1:03-cr-00005-01-JKS

### SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is revoked.

No term of supervision to follow.

Except as hereinabove provided, the standard conditions of supervision and
any special conditions of supervision contained in the court's original
judgment shall remain in effect.

AO245.REV